■ THOMAS HAMILTON PHARMACY, INC., Appellant, v NATIONWIDE MUTUAL INSURANCE COMPANY, Respondent, et al., Defendant. [889 NYS2d 466]—

The defendant Nationwide Mutual Insurance Company (hereinafter Nationwide) met its initial burden of establishing that the plaintiff commenced this action after expiration of the two-year limitations period contained in the subject insurance policy (*see Gilbert Frank Corp. v Federal Ins. Co.,* 70 NY2d 966, 967-968 [1988]; *Halim v State Farm Fire & Cas. Co.,* 31 AD3d 710 [2006]; *Schachter v Royal Ins. Co. of Am.,* 21 AD3d 1024 [2005]). In opposition, the plaintiff failed to raise a triable issue of fact as to whether the action was governed by the six-year statute of limitations set forth in CPLR 213 (2). Moreover, the plaintiff failed to raise a triable issue of fact as to waiver (*see Gilbert Frank Corp. v Federal Ins. Co.,* 70 NY2d at 968; *Saxena v New York Prop. Ins. Underwriting Assn.,* 232 AD2d 622 [1996]), or estoppel (*see Gilbert Frank Corp. v Federal Ins. Co.,* 70 NY2d at 968; *Proc v Home Ins. Co.,* 17 NY2d 239, 245-246 [1966]; *Culinary Inst. of Am. v Aetna Cas. & Sur. Co.,* 151 AD2d 638 [1989]).

In light of our determination, the plaintiff's remaining contention has been rendered academic. Mastro, J.P., Belen, Hall and Austin, JJ., concur.